UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS

VERSUS

MELVA CAVANAUGH & LOUISIANA
SUPREME COURT

CIVIL ACTION

NO. 10-625-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 4, 2010. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this lawsuit will be **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, November 18, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA